| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Lease Trust | Order Filed on February 26, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   19-33036 SLM<br><br>Chapter: 7<br><br>Hearing Date: **February 25, 2020 at 10:00 A.M.**<br><br>Judge:  Stacey L. Meisel |
| In Re:<br>     Yevhen Yelisieiev dba Yelisieiev, Inc. | |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☐ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 26, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:

■   Personal Property More Fully Describes as: **2018 Toyota Highlander, VIN: 5TDBZRFH0JS493029,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:   
Yevhen Yelisieiev  
       Debtor

Case No. 19-33036-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db         +Yevhen Yelisieiev,   111 Harrison Ave,   Garfield, NJ 07026-1586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Simone  Mulla    on behalf of Debtor Yevhen  Yelisieiev mulla@focusedlaw.com,
          g35648@notify.cincompass.com;bk@focusedlaw.com  
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         Steven P. Kartzman     kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 6