**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



❑ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

❑ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

❑ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: _____

FROM: Clerk's Office

CASE NO./NAME: _____

DATE: _____

---

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

❑ Trustee's Report of No Assets

❑ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

❑ Chapter 13 Trustee's Final Report

❑ Order concerning a Motion returnable: _____

❑ Other: _____

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**<u>PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION</u>**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*