UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.: 19-33036-SLM

Yevhen Yelisieiev, Debtor.                                Chapter 7

                                                          Judge: Meisel

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on November 10, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 111 Harrison Avenue, Garfield, NJ

Value of property: $345,000 (Per CMA 10/9/19) (Debtor owns 50% interest)

Less about 10% costs of sale: $34,500

Liens on property: $255,000 (Per 9/14/20 Mortgage Statement)

Amount of equity claimed as exempt: $ 25,150

Objections must be served on, and requests for additional information directed to:

Name:      Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-33036-SLM |
| Yevhen Yelisieiev | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: pdf905 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yevhen Yelisieiev, 111 Harrison Ave, Garfield, NJ 07026-1586 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518613761 | | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 518613762 | | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518613763 | | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518613764 | | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518613765 | | Fleet Cor Technologies, 16800 Greenspoint Park Dr Ste 255N, Houston, TX 77060-2387 |
| 518613767 | | Motor Vehicle Protection, Dept 77829, PO Box 77000, Detroit, MI 48277-2000 |
| 518613768 | | Nova Ua Fcu, 851 Allwood Rd, Clifton, NJ 07012-1922 |
| 518613769 | | Santander Consumer USA, Attn: Bankruptcy 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3544 |
| 518613770 | | Stylectus, PO Box 740209, Los Angeles, CA 90074-0209 |
| 518613773 | | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 518613776 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518613775 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518873342 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518613779 | | US Bank Home Mortgage, 4801 Frederica St, Owensboro, KY 42301-7441 |
| 518613778 | + | US Bank Home Mortgage, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 518613781 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 518613780 | | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 518613782 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2020 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2020 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 22:17:03 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518613759 | | Email/Text: ally@ebn.phinsolutions.com | Oct 06 2020 22:06:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 518613766 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 06 2020 22:16:37 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 518613760 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 06 2020 22:17:05 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518613771 | | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 22:16:10 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| 518613772 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:10 | Syncb/Car Care Mavis T, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518615660 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518613774 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:10 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Toyota Motor Credit Corp., c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 518613777 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Simone Mulla | on behalf of Debtor Yevhen Yelisieiev mulla@focusedlaw.com g35648@notify.cincompass.com;bk@focusedlaw.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Oct 06, 2020 Form ID: pdf905 Total Noticed: 30

TOTAL: 7